No. 86–842. SHILEY INC. v. CORRIGAN ET AL. Appeal from Ct. App. Cal., 2d App. Dist. Motion of California Chamber of Commerce et al. for leave to file a brief as amici curiae granted. Appeal dismissed for want of jurisdiction. Treating the papers

whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.